22780.   CROWN CORPORATION v. GALANTI et al.

CANDLER, Justice. 1. This amended petition for specific performance of a contract for the sale of land contains no allegation showing the value of the property involved so as to enable this court to determine whether or not the contract is fair, just and equitable and one which equity, in good con-

science, will decree specifically performed; and since it does not, it fails to state a cause of action for specific performance. *Banks v. Harden,* 220 Ga. 266 (138 SE2d 320), and the several cases there cited.

2. The petition in this case contains an alternative prayer for damages. It also fails to state a cause of action for this relief. A petition which seeks specific performance of a contract for the sale of land which fails to state a cause of action for that relief cannot be the basis of an action for damages growing out of an alleged breach of such contract. *Loewus v. Eskridge & Downing, Inc.,* 175 Ga. 456 (5) (165 SE 576); *Hamilton v. Daniel,* 213 Ga. 650 (100 SE2d 730); and *Waters v. Waters,* 217 Ga. 557, 559 (2) (123 SE2d 765).

> *Judgment affirmed. All the Justices concur.*

ARGUED JANUARY 12, 1965—DECIDED FEBRUARY 4, 1965—
REHEARING DENIED FEBRUARY 18, 1965.

*John E. Feagin,* for plaintiff in error.
*Gershon, Ruden & Schwartz, David Gershon,* contra.

